JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODERICK WASHINGTON, | Case No. 2:24-cv-04982-CBM (MAA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BARBARA FERRER, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: June 26, 2025

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE